UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECTRO SCIENTIFIC, INC., a<br>Massachusetts Corporation<br>Plaintiff,<br><br>v.<br><br>SPECAC, INC., a Delaware corporation<br>SPECAC LTD., a United Kingdom company<br>Defendants. | Civil Action No. 1:16-CV-10819-LTS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), please take notice that Plaintiff, Spectro Scientific, Inc., hereby voluntarily dismisses all claims in this cause of action without prejudice and without costs to Defendants Specac, Inc., or Specac Ltd.

Defendants have neither answered the Complaint, nor filed any motion.

Roy J. Coleman (BBO #652243)
Iandiorio Teska & Coleman, LLP
255 Bear Hill Road
Waltham, MA 02451
Tel: 781-890-5678
Fax: 781-890-1150

1

## CERTIFICATE OF SERVICE

Roy J. Coleman *[handwritten]*   July 28 *[handwritten]*

I, ~~Kirk Teska~~, certify that on this date,_____, 2016 a true copy of this

NOTICE OF VOLUNTARY DISMISSAL was served via regular mail and email as

follows:

Specac Ltd.
River House
97 Cray Avenue
Orpington, Kent BR5 4HE
bill.selfe@specac.co.uk

Specac, Inc.
414 Commerce Dr.
175 Fort Washington, PA 19034
bill.selfe@specac.co.uk

and counsel

David Loewenstein
Pearl Cohen Zedek Latzer Baratz
1500 Broadway
New York, NY 10036
DLoewenstein@PearlCohen.com

Roy J. Coleman

2